IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY | ) ) ) | CASE NO. 1:22-cv-00883 |
| | ) | JUDGE DAVID A. RUIZ |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **PLAINTIFF'S NOTICE OF RULE 26 INITIAL DISCLOSURES** |
| SAFECO INSURANCE COMPANY OF INDIANA | ) ) ) ) | |
| Defendants. | ) | |

NOW COMES Plaintiff, by and through counsel, and hereby gives notice to this Court and all interested parties that it has provided its Federal Civil Rule 26 Initial Disclosure to counsel for Defendants.

Respectfully submitted,

*/s/ Dennis G. Rehor*
Dennis G. Rehor (0063684)
Attorney for Plaintiff
6480 Rockside Woods Blvd., #145
Independence, OH 44131
(216) 696-6454
Fax: (216) 696-0227
Email: dennis_rehor@staffdefense.com

**CERTIFICATE OF SERVICE**

    A copy of the foregoing was served via the Court's electronic mailing system this 22nd day of August 2022 upon all parties and counsel of record.

                                        /s/ Dennis G. Rehor
                                        Dennis G. Rehor (0063684)
                                        Attorney for Plaintiff