# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| _____, | ) | CASE NO. |
|  | ) |  |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
|  | ) |  |
| v. | ) |  |
|  | ) | **REPORT OF PARTIES' PLANNING** |
| _____, | ) | **MEETING UNDER FED. R. CIV.** |
|  | ) | **P. 26 (f) AND L.R. 16.3(b)** |
| Defendant. | ) |  |

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on

_____, 20\_\_\_\_, and was attended by:

_____ counsel for plaintiff(s)

_____ counsel for plaintiff(s)

_____ counsel for defendant(s)

_____ counsel for defendant(s)

2. The parties:

_____ have exchanged the pre-discovery disclosures required by Rule 26(a)(1) and the Court's prior order;

_____ will exchange such disclosures by _____,20_____;

Attachment 1

_____ have not been required to make initial disclosures.

3. The parties recommend the following track:

    ☐ Expedited      ☐ Standard      ☐ Administrative

    ☐ Complex      ☐ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

    ☐ Early Neutral Evaluation      ☐ Mediation      ☐ Arbitration

    ☐ Summary Jury Trial      ☐ Summary Bench Trial

    ☐ Case Not Suitable for ADR

5. The parties _____ do/_____ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

    (a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

    (b) Discovery cut-off date:

7. Recommended dispositive motion date:

8. Recommended cut-off date for amending the pleadings and/or adding additional parties:

9. Recommended date for a Status Hearing:

10. Other matters for the attention of the Court:

11. If applicable, preliminary estimate and/or budget of the amount of anticipated attorney's

fees and expenses pursuant to statutory or case-law authority.  Such estimate shall include but not be limited to the following:

| Attorney's Fees | | Costs | |
|---|---|---|---|
| Preliminary Investigations & Filing of Complaint | $_____ | Depositions | $_____ |
| Procedural Motions Practice | $_____ | Experts | $_____ |
| Discovery | $_____ | Witness Fees | $_____ |
|  |  | Other | $_____ |
|  | $ | **TOTAL COSTS** | $_____ |
| Dispositive Motions Practice | $_____ |  |  |
| Settlement Negotiations | $_____ |  |  |
| Trial | $_____ |  |  |
| **TOTAL FEES** | $_____ |  |  |

_____
Attorney for Plaintiff

_____
Attorney for Plaintiff

_____
Attorney for Defendant

_____
Attorney for Defendant

3

Attachment 1