**IT IS SO ORDERED.**
*s/ David A. Ruiz*
U.S. District Judge
5/2/2023

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, | : | Case No. 1:22-CV-00883 |
| Plaintiff, | : | Judge David A. Ruiz |
| v. | : | |
| SAFECO INSURANCE COMPANY OF INDIANA, | : | **ORDER REGARDING NOTICE OF DISMISSAL** |
| Defendant. | : | |

Now come the parties, by and through counsel, and hereby notice the Court that the above-captioned matter has been settled and Plaintiff Cincinnati Insurance Company ("Plaintiff") hereby dismisses all claims against Defendant Safeco Insurance Company of Indiana ("Defendant") with prejudice. Costs to be allocated to the parties pursuant to the settlement agreement.

Respectfully submitted,

*/s/ Kaitlin L. Madigan*
Caitlin E. Vetter (0090665)
Kaitlin L. Madigan (0087891)
FROST BROWN TODD LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215
(614) 464-1211 / (614) 464-1737 (fax)
cvetter@fbtlaw.com
kmadigan@fbtlaw.com
*Attorneys for Defendant Safeco Insurance Company of Indiana*

            */s/ Dennis G. Rehor*
            Dennis G. Rehor (0063684)
            6480 Rockside Woods Blvd., #145
            Independence, OH 44131
            (216) 696-6454 / (216) 696-0227 (fax)
            Dennis_rehor@staffdefense.com
            *Attorney for Plaintiff Cincinnati Insurance Company*